THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CABOT SAFETY INTERMEDIATE LLC
AND AEARO TECHNOLOGIES LLC,

        Plaintiffs,        Civil Action No.: 1:08-CV-1590 LJM-DML

WILEY X, INC.,

        Defendant.

## ORDER

Plaintiffs request for Motion to Approve Stipulated Final Consent Judgment Between Plaintiffs Cabot Safety Intermediate LLC and Aearo Technologies LLC and Defendant WileyX, Inc., is hereby GRANTED.

DATE: 07/10/2009

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION LIST:    Michael J. Rye, Esq.
Thomas J. Mango, Esq.
CANTOR COLBURN LLP
20 Church Street. 22nd Floor
Hartford. CT 06103
mrye@cantorcolburn.com
tmango@cantorcolburn.com

David C. Campbell, Esq.
BINGHAM McHALE LLP
27 Market Tower Building
10 West Market Street
Indianapolis, IN 46204
dcampbell@binghammchale.com